Eric H. Spencer (#022707)
Colin P. Ahler (#023879)
Ryan J. Regula (#028037)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
espencer@swlaw.com
cahler@swlaw.com
rregula@swlaw.com
*Attorneys for Arizona Recovery Housing Association*

Steven G. Polin (*admitted pro hac vice*)
The Law Office of Steven G. Polin
3034 Tennyson Street, NW
Washington, DC 20015
Telephone: 202.331.5848
spolin2@earthlink.net
*Attorneys for Arizona Recovery Housing Association*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Recovery Housing Association, an Arizona not-for-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>Arizona Department of Health Services, an agency of the State of Arizona; Dr. Cara Christ, M.D., in her official capacity as Director of the Arizona Department of Health Services,<br><br>Defendants. | No. CV-20-00893-PHX-JAT<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>**(Assigned to the Hon. James Teilborg)** |

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, plaintiff Arizona Recovery Housing Association and defendants Arizona Department of Health Services and Dr. Cara Christ, M.D. stipulate and agree to voluntarily dismiss this action in its entirety with each party to bear their own costs and attorneys' fees.

Dated this 28th day of January 2021.

                          SNELL & WILMER L.L.P.

                By: *s/ Ryan J. Regula*
                     Eric H. Spencer
                     Colin P. Ahler
                     Ryan J. Regula
                     One Arizona Center
                     400 E. Van Buren, Suite 1900
                     Phoenix, Arizona 85004-2202
                     *Attorneys for Arizona Recovery Housing Association*

THE LAW OFFICE OF STEVEN G. POLIN

By: *s/ Steven G. Polin (w/permission)*
      Steven G. Polin
      3034 Tennyson Street, NW
      Washington, DC 20015
      *Attorneys for Arizona Recovery Housing Association*

ATTORNEY GENERAL'S OFFICE OF ARIZONA

By: *s/ Patricia LaMagna (w/permission)*
      Patricia LaMagna
      Aubrey Joy Corcoran
      2005 North Central Avenue
      Phoenix, Arizona 85004-1592
      *Attorneys for Arizona Department of Health Services and Dr. Cara Christ, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF Registrants and the following recipients:

Patricia LaMagna
Aubrey Joy Corcoran
Assistant Attorneys General
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
patricia.lamagna@azag.gov
aubreyjoy.corcoran@azag.gov
educationhealth@azag.gov
*Attorneys for Arizona Department of Health Services and Dr. Cara Christ, M.D.*

 *s/* Tracy Hobbs