# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Recovery Housing Association,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Arizona Department of Health Services, et al.,<br><br>　　　　　　Defendants. | No. CV-20-00893-PHX-JAT<br><br>**ORDER** |

Pursuant to the stipulation of dismissal filed by the parties,

**IT IS ORDERED** granting the stipulation (Doc. 32) and dismissing this case under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear their own costs and attorneys' fees.

Dated this 3rd day of February, 2021.

James A. Teilborg
Senior United States District Judge